# PD-0616-15

CASE NO. 10-14-00211-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 21 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| Melvin Lee Sanders III | § | In the Court of |
| | § | Criminal Appeals in |
| v. | § | Austin, Texas |
| | § | |
| The State of Texas | § | |

### MOTION FOR AN EXTENSION OF TIME TO FILE
### PETITION FOR DISCRETIONARY REVIEW
### PER T.R.A.P. 68.2(c) & 10.5

Now comes Appellant Melvin Lee Sanders III, an inmate, seeking an extension of time to file his Petition for Discretionary Review. Appellant declares the following:

1. The Court of Appeals, Tenth District of Texas, on May 7, 2015 under Cause No. 10-14-00211-CR affirmed the trial court's judgement.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

2. Appellant desires to file a Petition for Discretionary Review.

3. The current due date is: June 6, 2015

4. Appellant is seeking a 60 day extension.

5. Appellant presents the following basis for his request:

   Appellant is an inmate and has no access to modern research tools, office machinery etc.

   Appellant is afforded only limited access to the law library (10 hours/week), and that at the convenience of officials.

   Appellant is a layman at law, substantially slowing his research, analysis, and writing.

   Appellant lacks the required court documents and must seek them via a protracted mail exchange with the courts.

6. No previous extensions have been granted.

PRAYER

Appellant prays the court grant a 60 day extension per T.R.A.P. 2 and 68.2(c).

Respectfully submitted,

*Melvin Lee Sanders III*

Melvin Lee Sanders III
May 15, 2015

Melvin Lee Sanders III
Pro-Se Appellant
TDCJ-ID # 01931978
2661 FM 2054 Coffield Unit
Tennessee Colony, TX 75884